# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No. 12-cv-00327-PAB-KMT** | **FTR** - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date: May 1, 2013** | Courtroom Deputy: Nel Steffens |

---

| | |
|---|---|
| JAMES S. GRADY,<br>dba Group Five Photosports, | Andrew Contiguglia |
| Plaintiff, | |
| v. | |
| CARL SAMUELSON, | Pro Se |
| Defendant. | |

---

## COURTROOM   MINUTES
---

**HEARING:   FINAL   PRETRIAL   CONFERENCE**

**10:35 a.m.   Court in session.**

Court calls case.   Appearance of counsel.

Discussion regarding the **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#33] filed April 30, 2013.  Court notes that the matter will proceed to Judge Brimmer who will consider the filing and issue a ruling.

Discussion regarding date for Final Pretrial Conference/Trial Preparation Conference in anticipation of the case transfer.

**It is ORDERED:**   A Final Pretrial Conference/Trial Preparation Conference is set for **May 28, 2013, at 1:30 p.m.** in courtroom C-204 before Magistrate Judge Kristen L. Mix.

The defendant's oral motion to appear by telephone at the Final

        Pretrial Conference/Trial Preparation Conference is **GRANTED**.

        The parties may amend the Proposed Final Pretrial Order up until May 21, 2013.

        The **Plaintiff's Motion for Entry of Default Against Defendant Carl Samuelson** [#28] filed November 30, 2012, is **DENIED**; the reasons for the denial will be set forth in a written order.

HEARING CONCLUDED.
**10:39 a.m.    Court in recess.**
Time In Court:   00:04

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.