## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

**Civil Action No. 12-cv-00327-PAB-KMT**     FTR - Reporter Deck - Courtroom C-204
                                             Byron G. Rogers United States Courthouse

**Date: May 1, 2013**                        Courtroom Deputy: Nel Steffens

---

JAMES S. GRADY,                              Andrew Contiguglia
dba Group Five Photosports,

     Plaintiff,

v.

CARL SAMUELSON,                              Pro Se

     Defendant.

---

### COURTROOM   MINUTES

---

**HEARING:   FINAL   PRETRIAL   CONFERENCE**

**10:35 a.m.   Court in session.**

Court calls case.   Appearance of counsel.

Discussion regarding the **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#33] filed April 30, 2013.  Court notes that the matter will proceed to Judge Brimmer who will consider the filing and issue a ruling.

Discussion regarding date for Final Pretrial Conference/Trial Preparation Conference in anticipation of the case transfer.

**It is ORDERED:**     A Final Pretrial Conference/Trial Preparation Conference is set for **May 28, 2013, at 1:30 p.m.** in courtroom C-204 before Magistrate Judge Kristen L. Mix.

                      The defendant's oral motion to appear by telephone at the Final

>Pretrial Conference/Trial Preparation Conference is **GRANTED**.
>
>The parties may amend the Proposed Final Pretrial Order up until May 21, 2013.
>
>The **Plaintiff's Motion for Entry of Default Against Defendant Carl Samuelson** [#28] filed November 30, 2012, is **DENIED**; the reasons for the denial will be set forth in a written order.

HEARING CONCLUDED.
**10:39 a.m.    Court in recess.**
Time In Court:   00:04

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.