IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00327-KLM

JAMES S. GRADY, dba Group Five Photosports,

    Plaintiff,

v.

CARL SAMUELSON,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss Without Prejudice** [Docket No. 43; Filed September 26, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**.

    IT IS FURTHER **ORDERED** that all claims against Defendant are **DISMISSED without prejudice**. Each party shall bear its own costs and attorney's fees.

    IT IS FURTHER **ORDERED** that the one-day Trial scheduled on October 1, 2013 at 9:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that this case is **TERMINATED**.

    Dated: September 26, 2013